PUBLICITY LEASING COMPANY, Appellant, *v.* ALFRED LUDWIG, Superintendent of Buildings, Borough of Manhattan, City of New York, and Others, Respondents.

First Department, May 21, 1915.

See head note in *Southern Leasing Co.* v. *Ludwig* (*ante*, p. 233).

APPEAL by the plaintiff, Publicity Leasing Company, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 8th day of February, 1915, denying its motion for an injunction *pendente lite.*

*Walter H. Bond,* for the appellant.

*John P. O'Brien,* for the respondent superintendent of buildings.

*Hector M. Hitchings,* for the respondents Mecca Realty Company and another.

SCOTT, J.:

For the reasons stated in *Southern Leasing Co.* v. *Ludwig* (168 App. Div. 233), decided herewith, the order appealed from will be reversed, with ten dollars costs and disbursements to the appellant against the Mecca Realty Company and the O. J. Gude Company, and the motion for an injunction granted to the extent indicated in the opinion in above-mentioned case.

McLAUGHLIN, LAUGHLIN and CLARKE, JJ., concurred; INGRAHAM, P. J., dissented.

Order reversed, with ten dollars costs and disbursements to appellant against the Mecca Realty Company and the O. J. Gude Company, and the motion for injunction granted to extent indicated in opinion. Order to be settled on notice.